[Doc. No. 4]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLOUCESTER, CUMBERLAND, SALEM SCHOOL DISTRICTS JOINT INSURANCE FUND, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA, et al.,<br><br>  Defendants. | Civil No. 11-6005 (JEI/JS)<br><br><br><br><br>**ORDER** |

This matter having been brought before the Court by Jeffrey W. Dillon, Esquire, counsel for defendant Illinois Union Insurance Company, for an Order allowing Joseph K. Powers, Esquire and Jessika J. Moon, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and there being no opposition to this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS this 9th day of November, 2011, hereby

**ORDERED** that Joseph K. Powers, Esquire and Jessika J. Moon, Esquire, both members of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Jeffrey W. Dillon, Esquire, who is a member in good

standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Joseph K. Powers, Esquire and Jessika J. Moon, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-8; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Joseph K. Powers, Esquire and Jessika J. Moon, Esquire, shall make a payment of $150.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Joseph K. Powers, Esquire and Jessika J. Moon, Esquire, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Joseph K. Powers, Esquire and Jessika J. Moon, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
