```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| GLOUCESTER, CUMBERLAND, SALEM SCHOOL DISTRICTS JOINT INSURANCE FUND, et al., <br><br>    Plaintiffs,<br><br>    v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Civil No. 11-6005 (JEI/JS) |

## ORDER ON INFORMAL APPLICATION TO REMOVE CASE FROM THE ARBITRATION PROGRAM

**IT IS** on this **30th** day of **March, 2012,** hereby

**ORDERED** that the above-captioned matter is removed from Arbitration.


                                                  s/ Joel Schneider
                                                  JOEL SCHNEIDER
                                                  United States Magistrate Judge


cc:   Hon. Joseph E. Irenas
       James Quinlan, Arbitration Clerk