```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| GLOUCESTER, CUMBERLAND, SALEM SCHOOL DISTRICTS JOINT INSURANCE FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　Defendants. | Civil No. 11-6005 (JEI/JS) |

### SCHEDULING ORDER

　　This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on March 30, 2012; and the Court noting the following appearances: William H. Pillsbury Esquire, appearing on behalf of the plaintiffs; and A. Aizley, Esquire, appearing on behalf of the defendant Illinois Union Insurance Company.

　　IT IS this **30th** day of **March, 2012,** hereby **ORDERED:**

　　1.　The parties shall serve F‍ED. R. C‍IV. P. 26(a) disclosures on or before **April 16, 2012.**

　　2.　Initial written discovery requests shall be served by **April 30, 2012.** Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

　　3.　By **April 30, 2012,** the parties shall serve the Court with an agreed upon Discovery Confidentiality Order that complies with L. Civ. R. 5.3 or a copy of the latest version of the Order with a list of the issues in dispute. All forms of Order must be accompanied by an affidavit or attorney certification that complies with Rule 5.3(b)(2).

　　4.　The time within which to seek amendments to the pleadings or to add new parties will expire on **July 2, 2012.**

　　5.　Pretrial factual discovery is hereby extended to **August 31, 2012.**

     6.    All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of plaintiffs shall be served upon counsel for defendants no later than **September 28, 2012.**  All expert reports and expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on behalf of defendants shall be served upon counsel for plaintiffs no later than **October 31, 2012.**  Each such report should be accompanied by the curriculum vitae of the proposed expert witness.  Depositions of proposed expert witnesses shall be concluded by **November 30, 2012.**

     7.    **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **December 17, 2012,** in accordance with the applicable Federal and Local Rules of Civil Procedure.

     8.    At least three (3) days prior to the next scheduled conference, the parties shall send the Court a letter identifying all discovery disputes.  No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1).  All outstanding discovery issues not raised shall be deemed waived.

     9.    The Court will conduct a telephone status conference on **July 17, 2012 at 10:00 a.m**.  **Counsel for plaintiffs shall initiate the telephone call.**

     10.   Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

     **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge