ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NY  10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*



*Jessika Moon*
*jessika.moon@sedgwicklaw.com*

August 23, 2012

*Via ECF Filing and Facsimile (856 757 5355)*
Hon. Joel Schneider
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: *Gloucester, Cumberland, Salem School Districts Joint Insurance Fund, et al. v. Selective Insurance Company of America, et al.*, Civil Action No. 11-CV-6005
Sedgwick File No.: 01560-007742

Dear Judge Schneider:

This firm represents defendant Illinois Union Insurance Company in the above-referenced action.

By this letter, and pursuant to Fed. R. Civ. P. 16(b) and the March 30, 2012 Scheduling Order entered in this action, the parties jointly request an extension of the deadline for pretrial fact discovery from August 31, 2012 to October 31, 2012.  This is the first request for an extension by either party.

The parties are in the process of discussing the possibility of settlement and counsel for Plaintiffs recently produced information and documents to counsel for Illinois Union that will facilitate settlement discussions and assist the parties in determining whether a settlement can be reached.  The parties expect to know whether settlement is a realistic possibility within the next two weeks.

The parties have diligently responded to each other's discovery demands, and the majority of documents responsive to document demands have been produced to date.  In the event settlement cannot be reached, the parties request additional time to complete document production, determine whether additional document demands may be required, prepare any necessary discovery motions, and conduct depositions.  Taking into consideration a few known calendar conflicts of counsel, the parties anticipate that the foregoing can be completed by October 31, 2012.

Accordingly, the parties request that the deadline for pretrial fact discovery be extended from August 31, 2012 to October 31, 2012.  In the event this request is granted, the parties propose amended dates for subsequent deadlines set forth in paragraphs 6 and 7 of the 3/30/12 Scheduling Order as follows:

Hon. Joel Schneider
August 23, 2012
Page 2

| Description | Original Date | Proposed Amended Date |
|---|---|---|
| Pretrial Fact Discovery Deadline | August 31, 2012 | October 31, 2012 |
| Plaintiffs' expert disclosure and reports due by | September 28, 2012 | November 30, 2012 |
| Defendant's expert disclosure and reports due by | October 31, 2012 | December 31, 2012 |
| Expert witness depositions concluded by | November 30, 2012 | January 31, 2013 |
| Dispositive motions filed by | December 17, 2012 | February 22, 2013 |

Thank you for your consideration.

Respectfully submitted,

Jessika Moon
Sedgwick LLP


cc (via e-mail):   William Pillsbury, Esq.
                   Offit Kurman
                   Ten Penn Center
                   1801 Market Street, Suite 2300
                   Philadelphia, PA 19103
                   *Attorneys for Plaintiffs*

NY/751047v1