```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| GLOUCESTER, CUMBERLAND, SALEM SCHOOL DISTRICTS JOINT INSURANCE FUND, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>SELECTIVE INSURANCE COMPANY OF AMERICA, et al.,<br><br>            Defendants. | Civil No. 11-6005 (JEI/JS) |

## AMENDED SCHEDULING ORDER

The Court finding good cause to grant the parties' August 23, 2012 letter request to extend the present scheduling deadlines,

IT IS this **27th** day of **August, 2012**, hereby **ORDERED**:

1. Pretrial factual discovery is hereby extended to **October 31, 2012**.

2. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of plaintiffs shall be served upon counsel for defendants no later than **November 30, 2012**. All expert reports and expert disclosures pursuant to Fed. R. CIV. P. 26(a)(2) on behalf of defendants shall be served upon counsel for plaintiffs no later than **December 31, 2012**. Each such report should be accompanied by the curriculum vitae of the proposed expert witness. Depositions of proposed expert witnesses shall be concluded by **January 31, 2013**.

3. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **February 15, 2013**, in accordance with the applicable Federal and Local Rules of Civil Procedure.

4. The Court will conduct a telephone status conference on **October 18, 2012 at 10:30 a.m**. **Counsel for plaintiffs shall initiate the telephone call.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge