# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| GLOUCESTER, CUMBERLAND, SALEM SCHOOL DISTRICTS JOINT INSURANCE FUND, et al., | Case No.:<br>1:11-cv-06005-JEI-JS |
| Plaintiffs, | |
| v. | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It appearing that counsel for the parties consented to the entry of this Order as indicated by their signatures below; and no class having been certified in this matter pursuant to Federal Rule of Civil Procedure 23; and good cause appearing

**IT IS** on this _____ day of December, 2012;

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a) this matter is hereby dismissed with prejudice and without costs and without fees.

_____
Hon. Joseph E. Irenas, U.S.D.J.

CONSENTED TO BY:

OFFIT KURMAN                                    SEDGWICK LLP

William Pillsbury, Esq.                         Jessika Moon, Esq.
1801 Market Street                              225 Liberty Street
Suite 2300                                      28th Floor
Philadelphia, PA  19103                         New York, NY  10281-1008

*Attorneys for Plaintiffs*                      *Attorneys for Defendant Illinois Union*
                                                *Insurance Company*

4831-0814-6194, v. 1