IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLOUCESTER, CUMBERLAND, SALEM SCHOOL DISTRICTS JOINT INSURANCE FUND, et al., | Case No.: 1:11-cv-06005-JEI-JS |
| Plaintiffs, | |
| v. | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It appearing that counsel for the parties consented to the entry of this Order as indicated by their signatures below; and no class having been certified in this matter pursuant to Federal Rule of Civil Procedure 23; and good cause appearing

**IT IS** on this __14__ day of December, 2012;

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a) this matter is hereby dismissed with prejudice and without costs and without fees.

_____
Hon. Joseph E. Irenas, U.S.D.J.

CONSENTED TO BY:

OFFIT KURMAN

*William Pillsbury, Esq.*
1801 Market Street
Suite 2300
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

SEDGWICK LLP

*Jessika Moon, Esq.*
225 Liberty Street
28th Floor
New York, NY 10281-1008

*Attorneys for Defendant Illinois Union Insurance Company*

4831-0814-6194, v. 1